UNITED STATES BANKRUPTCY COURT
DISTRICT OF COLORADO

Edward Nicholas Mortimer            )
                                    )
                                    )  Chapter 7
                                    )  Case no:
                                    )
                                    )
                                    )
                                    )
_____     )

**Statement Under Penalty Of Perjury Concerning Payment Advices Due Pursuant To 11 U.S.C. §521(A)(1)(B)(lv)**

I, Edward Nicholas Mortimer  state as follows:

I did not file with the Court copies of all payment advises or other evidence of payment received within 60 days before the date of the filing of the petition from any employer because:

_____ a) I was not employed during the period immediately preceding the filing of the above referenced case:

_____ b) I was employed during the period immediately preceding the filing of the above referenced case but did not receive any payment advices or other evidence of payment from my employer within 60 days before the date of the filing of the petition;

_____ c) I am self-employed and do not receive any evidence of payment from an employer;  See P&L attached.

___X___ d) Other (Please Explain) I work "gig" delivering for Doordash
I declare under penalty of perjury that the foregoing statement is true and correct.

Dated: January 29, 2026

_____
Edward Nicholas Mortimer

Case:26-10587-JGR Doc#:8 Filed:01/30/26 Entered:01/30/26 16:25:12 Page2 of 20

← Nov 17–23

# $505.66 ⌄

| | |
|---|---|
| Active time | 19h 11m |
| Dash time | 25h 10m |
| Completed deliveries | 68 |

## Dashes

| | | |
|---|---|---|
| Monday, Nov 17 | $48.15 | > |
| Wednesday, Nov 19 | $106.25 | > |
| Thursday, Nov 20 | $56.25 | > |
| Thursday, Nov 20 | $53.94 | > |
| Friday, Nov 21 | $35.95 | > |
| Friday, Nov 21 | $69.00 | > |
| Sunday, Nov 23 | $123.37 | > |
| Sunday, Nov 23 | $12.75 | > |

15:29

← Nov 24–30

# $649.43 ⌄

| | |
|---|---|
| Active time | 24h 4m |
| Dash time | 32h 23m |
| Completed deliveries | 75 |

# Dashes

| | | |
|---|---|---|
| Monday, Nov 24 | $103.05 | › |
| Tuesday, Nov 25 | $96.33 | › |
| Wednesday, Nov 26 | $98.30 | › |
| Thursday, Nov 27 | $151.75 | › |
| Friday, Nov 28 | $74.75 | › |
| Sunday, Nov 30 | $122.25 | › |

# Other

Case:26-10587-JGR  Doc#:8  Filed:01/30/26  Entered:01/30/26 16:25:12  Page4 of 20

# $445.61 ⌄

| | |
|---|---|
| Active time | 16h 59m |
| Dash time | 20h 22m |
| Completed deliveries | 50 |

## Dashes

| | | |
|---|---|---|
| Monday, Dec 1 | $6.50 | > |
| Tuesday, Dec 2 | $16.50 | > |
| Wednesday, Dec 3 | $99.99 | > |
| Wednesday, Dec 3 | $11.25 | > |
| Thursday, Dec 4 | $100.75 | > |
| Friday, Dec 5 | $100.32 | > |
| Sunday, Dec 7 | $100.93 | > |

Case:26-10587-JGR Doc#:8 Filed:01/30/26 Entered:01/30/26 16:25:12 Page5 of 20

# Dec 8–14

## $373.38 ⌄

---

| | |
|---|---|
| Active time | 14h 16m |
| Dash time | 16h 30m |
| Completed deliveries | 42 |

## Dashes

| | |
|---|---|
| Monday, Dec 8 | $109.30 › |
| Monday, Dec 8 | $10.64 › |
| Tuesday, Dec 9 | $106.59 › |
| Tuesday, Dec 9 | $8.50 › |
| Wednesday, Dec 10 | $125.35 › |
| Thursday, Dec 11 | $11.00 › |

## Other

15:29

# Dec 22–28

# $160.32 ⌄

| | |
|---|---|
| Active time | 5h 24m |
| Dash time | 6h 15m |
| Completed deliveries | 11 |

# Dashes

| | |
|---|---|
| Sunday, Dec 28 | $160.32 › |

Case:26-10587-JGR Doc#:8 Filed:01/30/26 Entered:01/30/26 16:25:12 Page7 of 20

← **Dec 29, 2025–Jan 4, 2026**

# $409.75 ⌄

---

| | |
|---|---|
| Active time | 12h 5m |
| Dash time | 20h 41m |
| Completed deliveries | 37 |

---

# Dashes

| | | |
|---|---|---|
| Monday, Dec 29 | $102.15 | › |
| Tuesday, Dec 30 | $14.25 | › |
| Wednesday, Dec 31 | $120.85 | › |
| Friday, Jan 2 | $156.50 | › |
| Sunday, Jan 4 | $16.00 | › |

15:29

← **Jan 5–11**

# $510.89 ⌄

| | |
|---|---|
| Active time | 17h 54m |
| Dash time | 24h 1m |
| Completed deliveries | 51 |

## Dashes

| | | |
|---|---|---|
| Tuesday, Jan 6 | $20.00 | › |
| Tuesday, Jan 6 | $93.37 | › |
| Wednesday, Jan 7 | $128.90 | › |
| Thursday, Jan 8 | $128.10 | › |
| Sunday, Jan 11 | $119.30 | › |

## Other

| | |
|---|---|
| Order Reimbursement<br>Sunday, Jan 11 | $17.84 |

15:29

Jan 12–18

# $646.10 ⌄

| | |
|---|---|
| Active time | 22h 41m |
| Dash time | 29h 35m |
| Completed deliveries | 61 |

## Dashes

| | | |
|---|---|---|
| Monday, Jan 12 | $139.85 | › |
| Tuesday, Jan 13 | $93.80 | › |
| Wednesday, Jan 14 | $124.10 | › |
| Thursday, Jan 15 | $148.48 | › |
| Friday, Jan 16 | $136.89 | › |

## Other

Order Reimbursement
Thursday, Jan 15

$2.98

Case 26-10687-JGR   Doc#8   Filed 01/30/26   Entered 01/30/26 16:25:12   Page 10 of 20

15:29

← **Jan 19–25**

# $703.07 ⌄

| | |
|---|---|
| Active time | 26h 34m |
| Dash time | 32h 57m |
| Completed deliveries | 69 |

## Dashes

| | | |
|---|---|---|
| Monday, Jan 19 | $147.11 | › |
| Tuesday, Jan 20 | $141.09 | › |
| Wednesday, Jan 21 | $118.96 | › |
| Thursday, Jan 22 | $143.38 | › |
| Friday, Jan 23 | $152.53 | › |



Case 26-10687-JGR   Doc# 8   Filed 01/30/26   Entered 01/30/26 16:25:12   Page 11 of 20

# $604.96 ⌄

| | |
|---|---|
| Active time | 22h 20m |
| Dash time | 27h 2m |
| Completed deliveries | 71 |

## Dashes

| | |
|---|---|
| Monday, Jan 26 | $164.76 › |
| Tuesday, Jan 27 | $169.07 › |
| Wednesday, Jan 28 | $148.48 › |
| Thursday, Jan 29 | $122.65 › |

# Social Security Administration
# Retirement, Survivors and Disability Insurance
Notice of Award

Northeastern Program Service Center
1 Jamaica Center Plaza
Jamaica, New York 11432-3898
Date: July 22, 2025
BNC#: 25MS565E00329-A

0001990 00001990     2 MB  0.672  0718M3MCS1PB T11 P1
EDWARD N MORTIMER
150 MURRAY STREET
UNIT 11
NIWOT, CO 80544-3001

You are entitled to monthly retirement benefits beginning July 2025.

## What We Will Pay And When

- You will receive $1,097.00 for July 2025 around August 13, 2025.

- After that you will receive $1,097.00 on or about the second Wednesday of each month.

- These and any future payments will go to the financial institution you selected. Please let us know if you change your mailing address, so we can send you letters directly.

## Others Who May Be Eligible For Benefits

Your child may now be eligible for benefits on your record. You named the following child when you applied for benefits:

- AURA MORTIMER



If you have not filed an application for benefits for the child, please contact us.

## Other Social Security Benefits

This benefit is the only benefit you can receive from us at this time. In the future, if you think you might qualify for another benefit from us, you will need to apply again.

Enclosure(s):
Pub 05-10077

C

See Next Page

## Your Responsibilities

Your benefits are based on the information you gave us.  If this information changes, it could affect your benefits.  For this reason, it is important that you report changes to us right away.

We have enclosed a pamphlet, "What You Need To Know When You Get Retirement Or Survivors Benefits".  It tells you what must be reported and how to report.

## Your Benefits May Be Taxed

You may have to pay taxes on the benefits you get from us.  Part of your Social Security benefits may be taxed if:

- you are single and your total income is more than $25,000 or
- you are married and you and your spouse have total income of more than $32,000.



You can decide if you want to have federal taxes withheld from your benefits.  If you want taxes withheld, you need to complete and return a Form W-4V, Voluntary Withholding Request.  You can get Form W-4V from the Internal Revenue Service by calling 1-800-829-3676.  You can also get this form at www.socialsecurity.gov/planners/taxes.htm on our website.  After you complete and sign the form, return it to your local Social Security office by mail or in person.

You can find more information on paying taxes in the enclosed pamphlet, "What You Need To Know When You Get Retirement Or Survivors Benefits".

## Do You Disagree With The Decision?

If you do not agree with this decision, you have the right to appeal.  We will review your case and look at any new facts you have.  A person who did not make the first decision will decide your case.  We will review the parts of the decision that you think are wrong and correct any mistakes.  We will make a decision that may or may not be in your favor.

- You have 60 days to ask for an appeal.
- The 60 days start the day after you receive this letter.  We assume you received this letter 5 days after the date on it unless you show us that you did not receive it within the 5-day period.
- You must have a good reason for waiting more than 60 days to ask for an appeal.
- You must ask for an appeal in writing.  Please use our "Request for Reconsideration" form, SSA-561-U2.  You may go to our website at www.ssa.gov/forms/ to locate the form.  You can also contact us to request the form, or if you need help filling out the form.

25MS565E00329-A

Page 3 of 3

## If You Want Help With Your Appeal

You can have a friend, representative, or someone else help you. There are groups that can help you find a representative or give you free legal services if you qualify. There are also representatives who do not charge unless you win your appeal. Your local Social Security office has a list of groups that can help you with your appeal.

If you get someone to help you, you should let us know. If you hire someone, we must approve the fee before he or she can collect it. And if you hire a representative who is eligible for direct pay, we will withhold up to 25 percent of any past due benefits to pay toward the fee.

## Suspect Social Security Fraud?

Please visit http://oig.ssa.gov/r or call the Inspector General's Fraud Hotline at 1-800-269-0271 (TTY 1-866-501-2101).

## If You Have Questions

**Need more help?**

1. Visit www.ssa.gov for fast, simple, and secure online service.
2. Call us at 1-800-772-1213, weekdays from 8:00 am to 7:00 pm. If you are deaf or hard of hearing, call TTY 1-800-325-0778. Please mention this letter when you call.
3. You may also call your local office at 1-877-405-5872.

SOCIAL SECURITY
480 W DAHLIA ST
LOUISVILLE CO 80027

**How are we doing?** Go to www.ssa.gov/feedback to tell us.

*Social Security Administration*







Your *Statement* and other planning tools are available online anytime with a *my* Social Security account, and it's easier than ever to sign up.

*myaccount.ssa.gov*



# Your Social Security Statement

*ssa.gov*

July 12, 2024



L4463-5-0074926 0712 00074926     1 AB  0.547 P5 T189

EDWARD N. MORTIMER
150 MURRAY ST UNIT 11
NIWOT CO 80544-3001

## Retirement Benefits

You have earned enough credits to qualify for retirement benefits. To qualify for benefits, you earn credits through your work - up to four each year.

Your full retirement age is **67**, based on your date of birth:  November 5, 1962. As shown in the chart, you can start your benefits at any time between **ages 62** and **70. For each month you wait to start your benefits, your monthly benefit will be higher—for the rest of your life.**

These personalized estimates are based on your earnings to date and assume you continue to earn $0 per year until you start your benefits. Learn more at *ssa.gov/benefits/retirement/learn.html*

## Disability Benefits

To get benefits if you become disabled right now, you need 40 credits of work, and 20 of these credits had to be earned in the last 10 years.  Your record shows you do not have enough credits at this time to receive disability benefits. Learn more at *ssa.gov/disability*

## Survivors Benefits

You have earned enough credits for your eligible family members to receive survivors benefits. If you die this year, members of your family who may qualify for monthly benefits include:

Minor child:                                              **$1,094**
Spouse, if caring for a disabled child or child younger than age 16:                        **$1,094**
Spouse, if benefits start at full retirement age:                                                      **$1,459**
Total family benefits cannot be more than:     **$2,189**
Your spouse or minor child may be eligible for an additional one-time death benefit of **$255**. Learn more at *ssa.gov/survivors*

## Personalized Monthly Retirement Benefit Estimates (Depending on the Age You Start)



| Age Retirement Benefits Start | Monthly Benefit Amount |
|---|---|
| 62 | $1,027 |
| 63 | $1,094 |
| 64 | $1,167 |
| 65 | $1,265 |
| 66 | $1,362 |
| 67 | $1,459 |
| 68 | $1,479 |
| 69 | $1,596 |
| 70 | $1,810 |

## Medicare

You have enough credits to qualify for Medicare at age 65.

Medicare is the federal health insurance program for people:
- age 65 and older,
- under 65 with certain disabilities, and
- of any age with End-Stage Renal Disease (ESRD) (permanent kidney failure requiring dialysis or a kidney transplant).

Even if you do not retire at age 65, you may need to sign up for Medicare within 3 months of your 65th birthday to **avoid a lifetime late enrollment penalty**.  Special rules may apply if you are covered by certain group health plans through work.

For more information about Medicare, visit *medicare.gov*  or *ssa.gov/medicare* or call **1-800-MEDICARE (1-800-633-4227)** (TTY **1-877-486-2048**).

We base benefit estimates on current law, which Congress has revised before and may revise again to address needed changes.  Learn more about Social Security's future at  *ssa.gov/ThereForMe.*

## Earnings Record

Review your earnings history below to ensure it is accurate because we base your future benefits on our record of your earnings. There's a limit to the amount of earnings you pay Social Security taxes on each year. Earnings above the limit do not appear on your earnings record. We have combined your earlier years of earnings below, but you can view your complete earnings record online with *my* Social Security. **If you find an error,** let us know by visiting *myaccount.ssa.gov* or calling **1-800-772-1213.**

| Work Year | Earnings Taxed for Social Security | Earnings Taxed for Medicare (began 1966) |
|---|---|---|
| 1966-1980 | $5,167 | $5,167 |
| 1981-1990 | $193,550 | $193,550 |
| 1991-2000 | $17,685 | $17,685 |
| 2001-2005 | $82,948 | $82,948 |
| 2006 | $94,200 | $98,937 |
| 2007 | $8,750 | $8,750 |
| 2008 | $0 | $0 |
| 2009 | $0 | $0 |
| 2010 | $0 | $0 |
| 2011 | $0 | $0 |
| 2012 | $0 | $0 |
| 2013 | $0 | $0 |
| 2014 | $2,116 | $2,116 |
| 2015 | $0 | $0 |
| 2016 | $0 | $0 |
| 2017 | $0 | $0 |
| 2018 | $0 | $0 |
| 2019 | $0 | $0 |
| 2020 | $0 | $0 |
| 2021 | $0 | $0 |
| 2022 | $0 | $0 |
| 2023 | Not yet recorded | Not yet recorded |

## Taxes Paid

Total estimated Social Security and Medicare taxes paid over your working career based on your Earnings Record:

**Social Security taxes**
You paid: $24,847
Employer(s): $24,350

**Medicare taxes**
You paid: $5,942
Employer(s): $5,826

## Earnings Not Covered by Social Security

You may also have earnings from work not covered by Social Security, where you did not pay Social Security taxes. This work might have been for federal, state, or local government or in a foreign country. If you participate in a retirement plan or receive a pension based on work for which you did not pay Social Security tax, it could lower your benefits. Learn more at *ssa.gov/gpo-wep.*

## Important Things to Know about Your Social Security Benefits

- Social Security benefits are not intended to be your only source of retirement income. You may need other savings, investments, pensions, or retirement accounts to make sure you have enough money when you retire.
- You need at least 10 years of work (40 credits) to qualify for retirement benefits. The amount of your benefit is based on your highest 35 years of earnings. If you have fewer than 35 years of earnings, years without work count as 0 and may reduce your benefit amount.
- To keep up with inflation, benefits are adjusted through "cost of living adjustments."
- If you get retirement or disability benefits, your spouse and children may qualify for benefits.
- When you apply for either retirement or spousal benefits, you may be required to apply for both benefits at the same time.
- The age you claim benefits will affect your surviving spouse's benefit amount. For example, claiming benefits after your full retirement age may increase the *Spouse, if benefits start at full retirement age* amount on page 1; claiming early may reduce it.
- If you and your spouse both work, use the *my* Social Security Retirement Calculator to estimate spousal benefits.
- If you are divorced and were married for 10 years, you may be able to claim benefits on your ex-spouse's record. If your ex-spouse receives benefits on your record, that does not affect your or your current spouse's benefit amounts.
- Learn more about benefits for you and your family at *ssa.gov/benefits/retirement/planner/applying7.html* .
- When you are ready to apply, visit *ssa.gov/benefits/retirement/apply.html*
- The *Statement* is updated annually. It is available online, or by mail upon request.

## Work may boost your benefits

Your earnings can increase your monthly benefit amount — even after you start receiving benefits. Each year, we check your earnings record if you continue to work. If your latest year of earnings turns out to be one of your highest 35 years, we will automatically recalculate your benefit amount and pay you any increase due. You can get additional estimates based on what you think your future earnings will be with the *my* Social Security Retirement Calculator at *myaccount.ssa.gov.*

## Avoid a Medicare penalty

Even if you delay retirement benefits, be sure to sign up for Medicare three months before you turn 65 to avoid the lifelong penalty. Special rules apply if you are covered by a health plan at work. Find out about Medicare, including the different parts of Medicare, the coverage options, how to apply, and how to avoid a lifelong penalty at *ssa.gov/pubs/EN-05-10043.pdf.*

## Unable to work due to a mental or physical disability

You may be able to receive Social Security disability benefits if you are unable to work at a certain earnings level due to a mental or physical disability, have not reached full retirement age, and if you meet certain eligibility requirements. Learn more about disability benefits at *ssa.gov/disability*. The Supplemental Security Income (SSI) program pays benefits to adults and children with disabilities who have limited income and resources. Learn more about SSI at *ssa.gov/benefits/ssi/* .

## Benefits for family members

Your family, including your spouse, former spouses, and dependent children, may qualify for benefits on your record. Find out more about benefits for your family at *ssa.gov/benefits/retirement/planner/ applying7.html.*

Your family may also be eligible for survivors benefits. If you are the higher earning spouse, your decision on when to claim benefits can affect the benefits of your surviving spouse. Find out more about survivors benefits at *ssa.gov/planners/survivors*.

## Benefits as a spouse

If you are married, divorced, or widowed, you may be eligible for higher benefits on your spouse's record. When you apply for either retirement or spousal benefits, you may be required to apply for both benefits at the same time. Learn more at *ssa.gov/pubs/EN-05-10035.pdf.*

## Impact of other retirement plans

Most pensions or other retirement plans do not affect your Social Security benefits. But if you participate in a retirement plan or receive a pension based on work for which you did not pay Social Security tax, it could lower your benefits. This work may have been for federal, state, or local government or in a foreign country.  Learn more at *ssa.gov/gpo-wep*.

## Understanding your retirement benefits

Social Security is not meant to be your only source of income in retirement. On average, Social Security will replace about 40% of your annual pre-retirement earnings, although this can vary based on each person's circumstances. Learn more at *ssa.gov/planners/retire*.

## We are here for you

Social Security covers about 96% of American workers. To learn more about Social Security, visit *ssa.gov.*

 Securing today and tomorrow

### When you're retirement ready...

The easiest and most convenient way to apply for retirement benefits is at *ssa.gov/applyforbenefits*.

Social Security Administration | Publication No. 05-10706 | February 2023 | Produced and published at U.S. taxpayer expense



# Retirement Ready
## *Fact Sheet For Workers Ages 61-69*



## Retirement is different for everyone

Because retirement is not one-size-fits-all, we want to provide you with the information you need to plan for retirement and to make informed decisions.

## You have choices to make

Some of these decisions may involve your Social Security retirement benefits. You can continue to work, apply for benefits, do both, or do neither. Each choice comes with important considerations for you and your family. Learn about them at *ssa.gov/benefits/retirement/matrix.html* .

## Your "full" retirement age

Depending on when you were born, your full retirement age could be from 66 to 67. Find your exact full retirement age at *ssa.gov/planners/retire/ retirechart.html.*

## When you start affects how much you get

Everyone's decision about when to start receiving benefits is different. Say that your monthly benefit at a full retirement age of 66 is $1,000. Starting retirement benefits early at 62 or late at 70 can mean the difference between $750 and $1,320 a month. The graph on this page gives you an example. Your *Social Security Statement* provides your personalized retirement benefit estimates.



Example Only

| Age Retirement Benefits Start | Monthly Benefit Amount |
|---|---|
| 62 | $750 |
| 63 | $800 |
| 64 | $866 |
| 65 | $933 |
| 66 | $1,000 |
| 67 | $1,080 |
| 68 | $1,160 |
| 69 | $1,240 |
| 70 | $1,320 |

## Earnings are essential

Your earnings are used to determine your eligibility for Social Security benefits and your benefit amount. Use your *Social Security Statement* to check your earnings each year. If you see an error on your earnings record, report it to us. Learn how at *ssa.gov/pubs/EN-05-10081.pdf.*

## Benefits last as long as you live

Your benefits last as long as you live. Taking benefits before your full retirement age (as early as age 62) lowers the amount you get each month. Delaying benefits past full retirement age (up to age 70) increases the monthly amount for the rest of your life. Our Life Expectancy Calculator can provide a rough estimate of how long you might live based on your age and gender: *ssa.gov/planners/lifeexpectancy.html.*

## Benefits are protected from inflation

Your benefit will be adjusted to keep up with inflation. Learn about these cost-of-living adjustments (COLAs) at *ssa.gov/cola.*

## Some benefits are taxed

You may have to pay federal income taxes on a portion of your Social Security benefits if you have other substantial income in addition to your benefits (such as wages, self-employment, interest, dividends, and other taxable income that must be reported on your tax return). You may choose to have federal income taxes withheld from your Social Security benefit. Learn more at *ssa.gov/planners/taxes.html* .

## Working while getting benefits

If you get retirement benefits but want to continue to work, you can. However, depending on how much you earn before full retirement age, we might temporarily withhold all or some of your benefit amount. When you reach full retirement age, we will recalculate your benefit amount to give you credit for the months we reduced or withheld benefits due to your excess earnings. Any earnings after you reach your full retirement age won't reduce your benefits. Learn more at *ssa.gov/pubs/EN-05-10069.pdf.*





# Additional Work Can Increase Your Future Benefits



ssa.gov

## More years of work may increase your future retirement benefits

Although you need at least 10 years of work, or 40 credits, to qualify for Social Security retirement benefits, we base the amount of your benefit on your highest 35 years of earnings. If you do not have 35 years of earnings by the time you apply for benefits, your benefit amount will be lower than it would be if you worked 35 years. Years with no earnings count as zeroes in the benefit calculation.

You have several years with no earnings on your work record. Additional work will increase your retirement benefits. Each year you work will replace a zero or low earnings year in your Social Security benefit calculation, which could help to increase your benefit amount.

## How we calculate retirement benefits

Social Security bases your retirement benefits on your lifetime earnings. We adjust or "index" your actual earnings to account for changes in average wages since the year the earnings were received. Then we calculate your average indexed monthly earnings from your highest 35 years of earnings. We apply a formula to these earnings to determine the benefit amount you would receive at your full retirement age. Your full retirement age is between 66 and 67, depending on the year you were born. This is the age you can get your full retirement benefit amount. There are factors that can change this amount. Your monthly benefit will be lower if you start them before your full retirement age (as early as age 62) or higher if you start them after your full retirement age (up to age 70). You can see your personalized monthly retirement benefit estimates at different start ages and your full retirement age on your *Social Security Statement* Learn more at *ssa.gov/pubs/EN-05-10070.pdf* .

## Check your earnings record

Review your earnings in your *Statement*. Compare these earnings with your own records to make sure our information is correct and that we have recorded each year you worked. If you see an error, report it to us so you receive all the benefits you've earned. Learn how at *ssa.gov/pubs/EN-05-10081.pdf*.

## EARNINGS RECORD

| Work Year | Earnings Taxed for Social Security | Earnings Taxed for Medicare |
|---|---|---|
| 1990 | XXXX | XXXX |
| 2000 | XXXX | XXXX |
| 2005 | XXXX | XXXX |
| 2010 | XXXX | XXXX |
| 2015 | XXXX | XXXX |
| 2019 | XXXX | XXXX |
| 2020 | XXXX | XXXX |
| 2021 | Not Yet Recorded | |



Securing today and tomorrow

### Questions?

To learn more about Social Security, visit *ssa.gov*. Remember that Social Security is with you throughout life's journey: *ssa.gov/people/materials/pdfs/EN-05-10233.pdf*.

**Social Security Administration** | Publication No. 05-10702 | June 2022 | Produced and published at U.S. taxpayer expense

